FILED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2012 FEB 22  A 10: 37

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

|  |  |  |
|---|---|---|
| APPLE INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NeXT SOFTWARE, INC. | ) | Civil Action No.: 1:12MC 4-CMH/IDD |
| | ) | |
| Plaintiffs, | ) | (related case - Northern District of Illinois - |
| | ) | Civil Action No.: 1:11-CV-08540) |
| v. | ) | |
| | ) | |
| MOTOROLA, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MOTOROLA MOBILITY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NONPARTY PA CONSULTING GROUP, INC.'S MOTION TO QUASH**
**SUBPOENA FOR TESTIMONY AND THE PRODUCTION OF DOCUMENTS**

Nonparty PA Consulting Group, Inc. ("PA"), by and through its attorney, John D.

Adams, pursuant to Fed. R. Civ. P. 45, and for the reasons set forth in the attached

Memorandum, PA hereby moves this Court to quash Defendants' subpoena for testimony and

the production of documents. As set forth more fully in the accompanying Memorandum of

Law, the subpoena is defective because *inter alia* it fails to serve the proper party.

Respectfully submitted,

Dated: February 22, 2012

John D. Adams, VA Bar No. 74272
PA Consulting Group, Inc.
4601 N. Fairfax Dr., Suite 600
Arlington, VA 22203
Tel: (571) 227-9416
Fax: (571) 227-9001
John.Adams@PAConsulting.com
Attorney for Nonparty PA

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2012, I caused this Motion to Quash Subpoena to be sent via electronic mail and U.S. mail to the following:

Anne M Cappella
Weil, Gotshal & Manges Llp
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3141
anne.cappella@weil.com

Brian Chang
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000x3936
brian.chang@weil.com

Nathan A Greenblatt
Weil, Gotshal & Mages LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000
nathan.greenblatt@weil.com

Jacqueline T. Harlow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(303) 607-3593
jackie.harlow@weil.com

Jill J. Ho
Weil, Gotshal & Manges Llp
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
jill.ho@weil.com

Justin Constant
Weil, Gotshal & Manges LLP
700 Louisiana
Suite 1600
Houston, TX 77002
713-546-5000x5217
justin.constant@weil.com

Kevin Sean Kudlac
Weil, Gotshal & Manges LLP
700 Louisiana
Suite 1600
Houston, TX 77002
713-546-5000x5020
kevin.kudlac@weil.com

Rodney R. Miller
Weil, Gotshal & Manges LLP
700 Louisiana
Suite 1600
Houston, TX 77002
713-546-5000x5190
rodney.miller@weil.com

Mark G. Davis
Weil, Gotshal & mages LLP
Suite 900
1300 I Street, N.W.
Washington, DC 20005
202-682-7258
mark.davis@weil.com

Brian E. Ferguson
Weil, Gotshal & Manges LLP
1300 Eye St NW, Suite 900
Washington, DC 20005
202-682-7516
202-857-0940 (fax)
brian.ferguson@weil.com

Stephen Shahida
Weil, Gotshal & Manges Llp
1300 I Street, Nw
Suite 900
Washington, DC 20005
(202) 682-7272
stephen.shahida@weil.com

Rachelle Harley Thompson
Weil, Gotshal & Manges LLP
1300 Eye St NW, Suite 900
Washington, DC 20005
202-682-7000x7057
rachelle.thompson@weil.com

Julian Moore
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8537
julian.moore@weil.com

Danielle Shira Rosenthal
Weil, Gotshal & Manges Llp
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
danielle.rosenthal@weil.com

Robert P Watkins, Iii
Weil, Gotshal & Manges Llp
767 Fifth Avenue
New York, NY 10153
(212) 310-8478
robert.watkins@weil.com

Elizabeth Stotland Weiswasser
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8022
elizabeth.weiswasser@weil.com

Catherine Cetrangolo
Boardman, Suhr, Curry & Field
One S. Pinckney Street
4th Floor
Madison, WI 53703
(608)257-9521
james@boardmanlawfirm.com

Elena M. DiMuzio
Covington & Burling Llp
One Front Street
Suite 3500
San Francisco, CA 94111
(415) 591-6000
edimuzio@cov.com

Samuel F. Ernst
Covington & Burling Llp
One Front Street
San Francisco, CA 94111
(415) 591-7026
sernst@cov.com

Robert D. Fram
Covington & Burling LLP
One Front Street
35th Floor
San Francisco, CA 94111
415-591-7025
415-591-6091 (fax)
rfram@cov.com

Danielle Luce Goldstein
Covington & Burling Llp
One Front Street
San Francisco, CA 94111
(415) 591-7024
dgoldstein@cov.com

Christine Saunders Haskett
Covington & Burling LLP
One Front Street
35th Floor
San Francisco, CA 94111
(415) 591-6000
(415) 591-6091 (fax)
chaskett@cov.com

Matthew James Hawkinson
Covington & Burling, Llp
One Front St.
San Francisco, CA 94111
(415) 591-7061
mhawkinson@cov.com

Winslow Blodgett Taub
Covington & Burling LLP
One Front Street
35th Floor
San Francisco, CA 94111
(415) 591-7000
wtaub@cov.com

Richard A. Lopez
Covington & Burling Llp
1201 Pennsylvania Ave., Nw
Washington, DC 20004
(202) 662-5431
rlopez@cov.com

Ranganath Sudarshan
Covington & Burling LLP
1201 Pennsylvania Avenue,
Washington, DC 20004
202-662-5346
202-662-6291 (fax)
rsudarshan@cov.com

Anupam Sharma
Covington & Burling LLP
Suite 700
333 Twin Dolphin Drive
Redwood Shores, CA 94065
650-632-4709
asharma@cov.com

Robert T Haslam
Covington & Burling Llp
333 Twin Dolphin Dr.
Suite 700
Redwood Shores, CA 94065
(650) 632-4700
rhaslam@cov.com

Christopher Keith Eppich
Covington & Burling Llp
9191 Towne Centre Dr
6th Floor
San Diego, CA 92122
(858) 678-1805
ceppich@cov.com

Lawrence Lien
Bridges & Mavrakakis LLP
3000 El Camino Real
One Palo Alto Square
2nd Floor
Palo Alto, CA 94306
650-804-7800
llien@bridgesmav.com

Michael T Pieja
Bridges & Mavrakakis
3000 El Camino Real
One Palo Alto Square
2nd floor
Palo Alto, CA 94306
(650) 804-7800
(650) 852-9224 (fax)
mpieja@wongcabello.com

James A Shimota
Bridges & Mavrakakis LLP
120 N. LaSalle
29th Floor
Chicago, IL 60602
(312) 720-6616
(773)661-2555 (fax)
jshimota@bridgesmav.com

Steven S. Cherensky
Tensegrity Law Group, LLP
555 Twin Dolphin Drive
Suite 360
Redwood Shores, CA 94065
(650) 802-6000
650-802-6001 (fax)
steven.cherensky@tensegritylawgroup.com

Paul T. Ehrlich
Tensegrity Law Group, LLP
555 Twin Dolphin Drive
Suite 360
Redwood Shores, CA 94065
(650) 802-6000
650-802-6001 (fax)
paul.ehrlich@tensegritylawgroup.com

Azra Hadzimehmedovic
Tensegrity Law Group, Llp
555 Twin Dolphin Drive
Suite 360
Redwood Shores, CA 94065
(650) 802-6000
650-802-6001 (fax)
azra@tensegritylawgroup.com

Matthew Douglas Powers
Tensegrity Law Group, LLP
555 Twin Dolphin Drive
Suite 360
Redwood Shores, CA 94065
(650) 802-6000

650-802-6001 (fax)
matthew.powers@tensegritylawgroup.com

Jennifer Anne Bauer
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison
Suite 2450
Chicago, IL 60606
312-705-7474
jenniferbauer@quinnemanuel.com

David A Nelson
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison St.
Suite 2450
Chicago, IL 60661
312-705-7400
davenelson@quinnemanuel.com

Raymond N. Nimrod
Quinn Emanuel Urquhart Oliver & Hedges LLP
500 W. Madison St.
#2450
Chicago, IL 60061
(312)705-7400
davenelson@quinnemanuel.com

Amy Lynn Signaigo
Quinn Emanuel Urquhart & Sullivan LLP
500 W. Madison Street
Suite 2450
Chicago, IL 60661
312 705 7400
amysignaigo@quinnemanuel.com

Stephen A. Swedlow
Quinn Emanuel
500 W Madison St
Suite 2450
Chicago, IL 60661
(312)705-7430
stephenswedlow@quinnemanuel.com

Amanda S. Williamson
Emanuel Urquhart & Sullivan LLP
500 West Madison Street
Suite 2450
Chicago, IL 60661
312 705 7400
amandawilliamson@quinnemanuel.com

Cheryl Berry
Quinn Emanuel
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
650-801-5000
cherylberry@quinnemanuel.com

Meghan Bordonaro
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
650-801-5100 (fax)
meghanbordonaro@quinnemanuel.com

Brian Cannon
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000x5055
650-801-5100 (fax)
briancannon@quinnemanuel.com

Kevin Johnson
Quinn Emanuel Urquhart &Sullivan, LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065
415-875-6600
kevinjohnson@quinnemanuel.com

Robert William Stone
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000x5001
650-801-5100 (fax)
robertstone@quinnemanuel.com

Thomas R. Watson
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000x5017
650-801-5100 (fax)
tomwatson@quinnemanuel.com

Jeffrey Neil Boozell
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3202
213-443-3100 (fax)
jeffboozell@quinnemanuel.com

Linda J Brewer
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600x6403
415-875-6700 (fax)
lindabrewer@quinnemanuel.com

Graham Morris Pechenik
Quinn Emanuel Llp
50 California Street
22nd Floor
San Francisco, CA 94111
(415) 875-6600
grahampechenik@quinnemanuel.com

David L. Shaul
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street
San Francisco, CA 94111
415-875-6600
davidshaul@quinnemanuel.com

Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
415-875-6700 (fax)
kevinsmith@quinnemanuel.com

Charles Kramer Verhoeven
Quinn Emanuel Urquhart & Sullivan Llp
50 California St.
22nd Floor
San Francisco, CA 94111
(415) 875-6600
charlesverhoeven@quinnemanuel.com

Edward Defranco
Quinn Emanuel Urquhart And Sullivan
51 Madison Ave., Fl22
New York, NY 10010
(212) 849-7000
eddefranco@quinnemanuel.com

David M. Elihu
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7285
davidelihu@quinnemanuel.com

Richard W Erwine
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010
212-849-7000
212-849-7100 (fax)
richarderwine@quinnemanuel.com

David Eiseman
Quinn Emanuel Urquhart Oliver& Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
(415) 875-6600
davideiseman@quinnemanuel.com

Matthew Robson
Quinn Emanuel Urquhart & Sullivan, Llp
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
matthewrobson@quinnemanuel.com

Carlos A Rodriguez
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010
212-849-7161
carlosrodriguez@quinnemanuel.com

Alexander Rudis
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010
212-849-7246
alexanderrudis@quinnemanuel.com

David C. Radulescu
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010
Tel: 212-849-7000
davidradulescu@quinnemanuel.com

Peter J. Chassman
Winston & Strawn LLP
1111 Louisiana
Suite 2500
Houston, TX 77002
(713) 787-1623
Pchassman@winston.com

Phillip David Price
Winston & Strawn Llp
1111 Louisiana St.
25th Floor
Houston, TX 77002
(713) 651-2670
pprice@winston.com

Jonathan E. Retsky
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-3791
jretsky@winston.com

James F. Hurst
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5230
jhurst@winston.com

James M Burrows
Reinhart Boerner Van Deuren S.c.
1000 North Water Street
Suite 1700
Milwaukee, WI 53202
(414) 298-8303
jburrows@reinhartlaw.com

Robert R Cleary
Timmis & Inman PLLC
300 Talon Centre
Detroit, MI 48207
313-396-4200

Rebecca Frihart Kennedy
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 2100
Milwaukee, WI 53202
414-298-8736
414-298-8097 (fax)
rfrihart@reinhartlaw.com

Johnny J Yeh
Quinn Emanuel Urquhart & Sullivan, Llp
50 California Street
22nd Floor
San Francisco, CA 94111
(415) 875-6600
johnnyyeh@quinnemanuel.com

Michael Louis Brody
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
mbrody@winston.com

Scott W. Hansen
Reinhart, Boerner, Van Deuren, Norris &
1000 North Water Street
Suite 2100
Milwaukee, WI 53203-3400
(414) 298-1000
shansen@reinhartlaw.com

David G. Hanson
Reinhart, Boerner, Van Deuren, Norris &
1000 North Water Street
Suite 2100
Milwaukee, WI 53203-3400
(414) 298-1000
dhanson@reinhartlaw.com

Lisa Nester Kass
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street
Suite 1700
Milwaukee, WI 53202
414 298 1000
lkass@reinhartlaw.com

Lynn M. Stathas
Reinhart Boerner Van Deuren, S.c.
22 East Mifflin Street
Suite 600
Madison, WI 53703
(608) 229-2205
lstathas@reinhartlaw.com

Jonathan M. Sobel
Sobel & Feller LLP
444 Madison Avenue
17th Floor
New York, NY 10022
212-308-0600
jmsobel@sobelfeller.com

David Andrew Perlson
DLA Piper US LLP IL
203 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 368-4000
davidperlson@quinnemanuel.com

Mitchell Feller
Sobel & Feller LLP
444 Madison Avenue
17th Floor
New York, NY 10022
212-308-0600
msfeller@sobelfeller.com

John D. Adams